UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WITCHITA FALLS DIVISION

| | | |
|---|---|---|
| ALI HUNEITI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:22-cv-00113-O |
| | § | |
| WALMART, INC. AND WAL-MART STORES TEXAS, LLC, | § § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Extension of Time to Designate Local Counsel (ECF No. 4), filed November 17, 2022. The Court has considered the Motion and finds that it should be, and is, hereby **GRANTED**. It is therefore **ORDERED** that Plaintiff designate local counsel pursuant to Local Rule 83.10 by **November 28, 2022**.

**SO ORDERED this 18th day of November, 2022.**

Reed O'Connor
UNITED STATES DISTRICT JUDGE

1