IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

## Alternative Dispute Resolution Summary

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 7:22-CV-00113-O

2. Style of case: Ali Huneiti v Walmart, Inc. et al.

3. Nature of suit: Personal injury

4. Method of ADR used: ✔ Mediation   ☐ Mini-Trial   ☐ Summary Jury Trial

5. Date ADR session was held: 11/20/2023

6. Outcome of ADR *(Select one)*:

   ☐ Parties did not use my services.   ☐ Settled, in part, as a result of ADR.
   ✔ Settled as a result of ADR.   ☐ Parties were unable to reach settlement.
   ☐ Continuing to work with parties to reach settlement *(Note: provider must file supplemental ADR Summary Form at conclusion of his/her services).*

7. What was your TOTAL fee: $1,700.00

8. Duration of ADR: four hours   (i.e., one day, two hours)

9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):

   Ali Huneiti-Plaintiff
   Michelle A. Rice, Tarek Fahmy, Brad Altman-Plaintiff's counsel
   Walmart Representative-Defendant
   Stacy Hoffman Bruce-Defendant's counsel

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

/s/ Adam LeCrone                                    12/1/2023
Signature                                           Date

123 N. Crockett Street, Suite 200, Sherman, Texas 75090      903-813-1900
Address                                             Telephone

# Alternative Dispute Resolution Summary
*Continued*

**Please provide the names, addresses, and telephone numbers of counsel:**

Name: Michelle A. Rice
Firm: Abraham, Watkins, Nichols, Agosto, Az
Address: 800 Commerce Street
Houston, TX 77002
Phone: 713-222-7211

Name: Tarek Fahmy
Firm: The Law Offices of Tarek Fahmy
Address: 2323 S. Voss Rd., Suite 270
Houston, TX 77057
Phone: 832-546-5308

Name: Brad Altman
Firm: Altman Legal Group
Address: 2525 Kell Blvd., Suite 500
Wichita Falls, TX 76308
Phone: 940-761-4000

Name: Stacy Hoffman Bruce
Firm: Cobb Martinez Woodward PLLC
Address: 1700 Pacific Avenue, Suite 3100
Dallas, Texas  75201
Phone: 214-417-4645

Name:
Firm:
Address:
Phone:

Name:
Firm:
Address:
Phone:

Name:
Firm:
Address:
Phone:

Name:
Firm:
Address:
Phone: